BETSY JOHNSON, CA Bar No. 119847
betsy.johnson@ogletreedeakins.com
CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

LASC, Case No.: BC469134

Attorneys for Defendant
MILLENNIUM PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA VALENCIA, an individual; ELMER A. GARCIA, an individual; MIGUEL A. PEREZ, an individual; MARIBEL SANCHEZ, an individual; NICOLAS HERNANDEZ, an individual; JOSE A. FIGUEROA, an individual; SILVIA TELLO, an individual; MIGUEL MENDOZA, an individual; and LUIS E. OSORIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MILLENNIUM PRODUCTS, INC.; a California Corporation, GT DAVE, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 11-8914 JAK (JCx)<br><br>**[PROPOSED] ORDER RE (1) DISMISSAL OF EIGHTH CAUSE OF ACTION AND DEFENDANT GT DAVE, AND (2) REMAND TO STATE COURT**<br><br>Complaint Filed: September 7, 2011<br>Trial Date: None Set |

11401593_1.DOC

Case No. 11-8914 JAK (JCx)
[PROPOSED] ORDER RE (1) DISMISSAL OF EIGHTH CAUSE OF ACTION AND DEFENDANT GT DAVE, AND (2) REMAND TO STATE COURT

1  The Court, having read and considered the Parties' Stipulation Re Dismissal of
2  Eighth Cause of Action and Defendant GT Dave, and Remand to State Court, and
3  good cause appearing therefor, hereby orders that:
4     1.  Plaintiffs' Eighth Cause of Action in the First Amended Complaint is
5  dismissed with prejudice;
6     2.  Defendant George Thomas Dave is dismissed from this action with
7  prejudice; and
8     3.  This action is remanded to Superior Court of the State of California for
9  the County of Los Angeles

IT IS SO ORDERED.

DATED: December ___, 2011

John A. Kronstadt
United States District Court Judge